UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD E. HASKINS, et al., | Case No.: C-11-05142-YGR |
| Plaintiffs, | **SCHEDULING AND PRETRIAL ORDER** |
| vs. | |
| CHEROKEE GRAND AVENUE, LLC, et al., | |
| Defendants. | |

A telephonic Case Management Conference was held in this action on March 7, 2012. The Court hereby sets the following trial and pretrial dates:

**PRETRIAL SCHEDULE**

| | |
|---|---|
| CASE MANAGEMENT CONFERENCE: | Monday, June 18, 2012 at 2:00 p.m. |
| REFERRED TO ADR for Mediation to occur by: | June 8, 2012 |
| LAST DAY TO JOIN PARTIES OR AMEND PLEADINGS: | September 17, 2012 |
| NON-EXPERT DISCOVERY CUTOFF: | November 19, 2012 |
| DISCLOSURE OF EXPERTS (retained/non-retained): | Opening: December 17, 2012<br>Rebuttal: January 21, 2013 |
| EXPERT DISCOVERY CUTOFF: | March 29, 2013 |
| DISPOSITIVE MOTIONS[1] to be heard by: | May 14, 2013 |
| JOINT PRETRIAL CONFERENCE STATEMENT: | July 5, 2013 |
| PRETRIAL CONFERENCE: | Friday, July 19, 2013 at 9:00 a.m. |
| TRIAL DATE: | Monday, August 5, 2013 at 8:30 a.m. (Jury Trial) |
| TRIAL LENGTH: | 15 days |

---

[1] *See* Standing Order regarding Pre-filing Conference Requirements for motions for summary judgment.

To the extent that the parties seek modification to the timing or extent of parties' discovery obligations under Fed. R. Civ. P. 26 and other applicable rules, such modification may be done pursuant to a separate Court Order. The parties are directed to submit a JOINT proposed order to the Court within five (5) business days following the date of this Order which sets forward the modifications.

The parties must comply with both the Court's Standing Order in Civil Cases and Standing Order for Pretrial Instructions in Civil Cases for additional deadlines and procedures. All Standing Orders are available on the Court's website at http://www.cand.uscourts.gov/ygrorders.

**IT IS SO ORDERED.**

Dated: March 7, 2012

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**