UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD E. HASKINS, et al.,<br><br>    Plaintiffs,<br><br>    vs.<br><br>CHEROKEE GRAND AVENUE, LLC, et al.,<br><br>    Defendants. | Case No.: C-11-05142-YGR<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

The Court hereby continues the Case Management Conference scheduled for October 1, 2012 to October 15, 2012. By seven days prior to the conference, the parties must file a Joint Case Management Conference Statement updating the Court on follow up calls with the mediator. The continuance requested by the parties is **DENIED WITHOUT PREJUDICE**.

**IT IS SO ORDERED.**

Dated: September 27, 2012

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**