ROBERT H. STALEY (SBN # 122101)
EPSTEIN, ENGLERT, STALEY & COFFEY
425 California Street, 17th Floor
San Francisco, CA 94104
Tel (415) 398-6392
Fax (415) 398-6938

Attorneys for Defendant,
The O'Brien Corporation

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| RICHARD E. HASKINS, an individual; ARTHUR L. HASKINS, an individual; and ESTATE OF ARTHUR "BUZZ" HASKINS, JR., DECEASED, a deceased individual,<br><br>Plaintiffs,<br><br>v.<br><br>CHEROKEE INVESTMENT PARTNERS, LLC, a North Carolina limited liability company; FULLER-O'BRIEN, INC., a surrendered Delaware Corporation; and DOES 1 through 100,<br><br>Defendants. | Case No. CV-11-05142-YGR<br><br>**STIPULATION RE ORDER SHORTENING TIME FOR MOTION TO SET ASIDE DEFAULT; COURT ORDER** DENYING ~~GRANTING~~ **ORDER SHORTENING TIME** |

The parties, and each of them, hereby stipulate as follows:

**RECITALS**

1. WHEREAS, plaintiffs have taken the default of defendant The O'Brien Corporation ("O'Brien"), the successor by merger of and named herein as Fuller O'Brien, Inc.;

1

**STIPULATION AND ORDER RE ORDER SHORTENING TIME
FOR MOTION TO SET ASIDE DEFAULT**

2. WHEREAS, plaintiffs' Motion to Enter Default Judgment against O'Brien is set for hearing on February 7, 2013 before Magistrate Judge Laurel Beeler;

3. WHEREAS, O'Brien is filing herewith its Motion to Set Aside the Default;

4. WHEREAS, O'Brien seeks to have the Motion to Set Aside Default heard and decided on the merits before any default judgment is entered;

5. WHEREAS, pursuant to Local Rule, counsel for the parties have met and conferred over O'Brien's intent to seek an order shortening time;

6. WHEREAS, plaintiffs agree to stipulate to the order shortening time on the condition that the motion be set and heard before Magistrate Judge Laurel Beeler on the same date and time as the pending Motion to Enter Default Judgment.

## STIPULATION

NOW THEREFORE, the parties, by and through their respective counsel, hereby stipulate that this Court may issue an order setting O'Brien's Motion to Set Aside Default on shortened time so that it is set for hearing before Magistrate Judge Laurel Beeler on February 7, 2013 at 11:00 am. The parties further stipulate that any opposition papers shall be filed and served no later than February 1, 2013, and that any reply papers be filed and served no later than February 5, 2013.

**SO STIPULATED**

Dated: January 24, 2013          EPSTEIN, ENGLERT, STALEY & COFFEY,
                                 A Professional Corporation

                                 /s/ Robert H. Staley
                                 _____
                                 Robert H. Staley
                                 Attorney for Defendant,
                                 The O'Brien Corporation

Dated: January 24, 2013

WENDEL, ROSEN, BLACK & DEAN, LLP

Stephen McKae
Attorney for Defendants,
Cherokee Acquisition Corp., Cherokee Investment
Partners II, L.P., Cherokee Grand Avenue, LLC,
Cherokee San Francisco, LLC

Dated: January 24, 2013

PALADIN LAW GROUP LLC

/s/ Bret A. Stone

Bret A. Stone
Attorney for Plaintiffs,
Richard E. Haskins, Arthur L. Haskins, and the
Estate of Arthur "Buzz" Haskins, Jr., Deceased

**COURT ORDER ~~GRANTING~~ DENYING MOTION TO SHORTEN TIME**

PURSUANT TO STIPULATION, IT IS HEREBY ORDERED THAT defendant O'Brien's ex parte application for order shortening time is hereby granted. O'Brien's Motion to Set Aside Default is hereby set for hearing before Magistrate Judge Laurel Beeler on February 7, 2013 at 11:00 am. Any opposition papers shall be filed and served no later than February 1, 2013. Any reply papers shall be filed and served no later than February 5, 2013.

```
The motion to set aside
default must be heard by the
district court judge.
```
**SO ORDERED**

DENIED
Judge Yvonne Gonzalez Rogers

Dated: January 25, 2013

Federal District Court Judge

```
The Court notes that Dkt. No.
63 improperly filed separate
motions in one document.  The filing
party shall re-file the motion to set
aside default as a separate motion before
Judge Gonzalez Rogers.  This Order terminates Dkt. No. 63.
```

3
**STIPULATION AND ORDER RE ORDER SHORTENING TIME
FOR MOTION TO SET ASIDE DEFAULT**