UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD E. HASKINS, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>FULLER-O'BRIEN, INC., et al.,<br><br>    Defendants. | Case No.  11-cv-05142-JST<br><br>**ORDER APPROVING PARTIES' STIPULATED REQUEST TO EXTEND DEADLINE TO COMPLETE DISCOVERY**<br><br>Re: Dkt. No. 79. |

Before the Court is the parties' Stipulation and Proposed Order to Extend Deadline for Completion of Expert Deposition of Dr. Lorne G. Everett; Partial Waiver of Expert Discovery Cutoff.  Dkt. No. 79.  The parties have stipulated to conduct the deposition of Dr. Lorne Everett three days after the current deadline for expert discovery, without altering any other deadlines in the current pretrial schedule.  The stipulated request is approved.

**IT IS SO ORDERED**.

Dated: March 4, 2013

_____
Jon S. Tigar
United States District Judge