UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD E. HASKINS, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>CHEROKEE GRAND AVENUE LLC, et al.,<br><br>　　　　Defendants. | Case No.  11-cv-05142-JST<br><br>**MINUTE ORDER REGARDING SETTLEMENT**<br><br>Re: ECF No. 102 |

The Court is in receipt of the parties' letter.  ECF No. 102.  The parties should be aware that, unless there is good cause for continuing federal court supervision over a case, it is not the undersigned's normal practice to exercise continuing jurisdiction over a settlement agreement or to issue an injunction which has the effect of making the violation of an agreement a federal cause of action.  See, e.g., Regents of the Univ. of Calif. v. International Medical Group, Inc., Case No. 3:12-cv-00048-JST, Order Denying Request to Retain Jurisdiction over Settlement Agreement, ECF No. 53 (N.D. Cal. July 9, 2013).  If the parties request that the Court exercise such jurisdiction, the request should also explain the unusual circumstances that justify departure from this general rule.

At the parties' request, the Court directs the Clerk to schedule a case management conference for September 11, 2013.

**IT IS SO ORDERED**.

Dated: July 15, 2013

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　JON S. TIGAR
　　　　　　　　　　　　　　　　　　United States District Judge