```
 1  Bret A. Stone        SBN 190161       BStone@PaladinLaw.com
    John R. Till         SBN 178763       JTill@PaladinLaw.com
 2  Michael W. Kisgen    SBN 275612       MKisgen@PaladinLaw.com
    PALADIN LAW GROUP® LLP
 3  1176 Boulevard Way
    Walnut Creek, California 94595
 4  Telephone: (925) 947-5700
    Fax: (925) 935-8488
 5
    Attorneys for Richard E. Haskins, Arthur L.
 6  Haskins, and the Estate of Arthur "Buzz"
    Haskins, Jr.
 7
    Stephen McKae        SBN 66797        smckae@wendel.com
 8  Steven M. Morger     SBN 115108       smorger@wendel.com
    WENDEL, ROSEN, BLACK & DEAN LLP
 9  1111 Broadway, 24th Floor
    Oakland, California 94607-4036
10  Telephone: (510) 834-6600
    Fax: (510) 834-1928
11
    Attorneys for Defendants/Counterclaimants
12  Cherokee San Francisco, LLC, Cherokee Grand
    Avenue, LLC, and Defendants Cherokee
13  Investment Partners II, L.P., and Cherokee
    Acquisition Corp.
14
```

**FILED**

AUG 1 2 2013

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD E. HASKINS, et al., | Case No. CV 11 5142 JST |
| Plaintiffs, | STIPULATION AND [PROPOSED] ORDER FOR ENTRY OF JUDGMENT |
| v. | FED. R. CIV. P. 41(a)(2) |
| CHEROKEE GRAND AVENUE LLC, et al., | |
| Defendants. | |
| AND RELATED CROSS ACTIONS. | |

Plaintiffs and Counter-Defendants Richard E. Haskins, Arthur L. Haskins, and the Estate of Arthur "Buzz" Haskins, Jr. (collectively, "Haskins") and Defendants and Counterclaimants Cherokee Grand Avenue LLC, Cherokee San Francisco LLC, Cherokee Investment Partners II, LP, and Cherokee Acquisition Corp. (collectively, "Cherokee") have settled their claims and

-1-

017481.0001\3064372.3

STIPULATION AND [PROPOSED] ORDER FOR ENTRY OF JUDGMENT

counterclaims by and against each other and have entered into a written Settlement Agreement and Release ("Settlement Agreement"), a true copy of which is attached hereto as Exhibit A.

Based upon their settlement, Haskins and Cherokee, through their attorneys of record, hereby jointly request and stipulate to the Court's entry of a judgment as follows:

1. Judgment shall be entered for Defendants and Counterclaimants Cherokee against Plaintiffs and Counter-Defendants Haskins on Cherokee's counterclaims in the amount of One Million Seven Hundred Thousand Dollars ($1,700,000) in the form provided in Exhibit B. The judgment shall be executable only against the rights and interests of Haskins in policies of insurance or proceeds from policies of insurance, whenever and wherever held and whether segregated or maintained in a common account with assets derived from other sources. Judgment shall not be executable against Haskins' other personal or business assets. Such amounts as are recovered, other than any award of attorneys' fees or costs, are required to be deposited into the San Bruno Channel Remediation Trust dated August 1, 2013, Richard E. Haskins, Trustee.

2. The First Amended Complaint of Plaintiffs and Counter-Defendants Haskins against Defendants and Counterclaimants Cherokee shall be dismissed with prejudice.

3. A settlement fund should be, and hereby is, established, and shall be operated so as to qualify either as a "Designated Settlement Fund" or "Qualified Settlement Fund" pursuant to section 468B of the Internal Revenue Code, 26 U.S.C. § 468B, and the regulations promulgated pursuant thereto and codified at 26 C.F.R. § 1.468B and in accordance with the terms and conditions of the Declaration of Trust for the San Bruno Channel Remediation Trust attached hereto as Appendix B and incorporated by reference as though fully set forth herein.

4. Each party shall bear its own attorney fees and costs.

5. The United States District Court for the Northern District of California shall retain jurisdiction to enforce the terms of the Settlement Agreement (Exhibit A) and the Declaration of Trust of the San Bruno Channel Remediation Trust which is attached as Appendix A to the Settlement Agreement, both incorporated herein by reference.

[SIGNATURES ON FOLLOWING PAGE]

-2-

STIPULATION AND [PROPOSED] ORDER FOR ENTRY OF JUDGMENT

|     |     |     |
| --- | --- | --- |
| 1   | DATED: August 8, 2013 | PALADIN LAW GROUP® LLP |
| 2   |     |     |
| 3   |     | _____ |
| 4   |     | Bret A. Stone |
|     |     | Counsel for Plaintiffs and Counter-Defendants |
| 5   |     | Richard F. Haskins, Arthur L. Haskins, and the Estate of Arthur "Buzz" Haskins, Jr. |
| 6   |     |     |
| 7   | DATED: August 7, 2013 | WENDEL, ROSEN, BLACK & DEAN LLP |
| 8   |     |     |
| 9   |     | _____ |
|     |     | Stephen McKae |
| 10  |     | Counsel for Defendants and Counterclaimants Cherokee Grand Avenue LLC, Cherokee San |
| 11  |     | Francisco LLC, Cherokee Investment Partners II, LP, and Cherokee Acquisition Corp. |
| 12  |     |     |
| 13  | IT IS SO ORDERED. |     |
| 14  | DATED: 8/12/13 | _____ |
| 15  |     | JON S. TIGAR |
|     |     | United States District Court Judge |

-3-

STIPULATION AND [PROPOSED] ORDER FOR ENTRY OF JUDGMENT