**FILED**

AUG 14 2013

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD E. HASKINS, et al., <br><br> Plaintiffs, <br><br> v. <br><br> CHEROKEE GRAND AVENUE LLC, et al., <br><br> Defendants. | Case No. 11-cv-05142-JST <br><br> **ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE CLOSED** |

All claims against the currently named defendants in this action have been dismissed. See ECF Nos. 100 & 108. Therefore, the Court will direct the Clerk to close the case on August 23 unless any party notifies the Court before that date that there is good cause to maintain this action as an open file.

**IT IS SO ORDERED.**

Dated: August 14, 2013

_____
JON S. TIGAR
United States District Judge